ANNIE KISTERBOCH PABST, administratrix, &c., respondent,

*v.*

HELEN K. HAMAN et al., appellants.

[Decided January 22d, 1937.]

*Mr. Joseph Beck Tyler,* for the respondent.

*Messrs. Cassman & Gottlieb,* for the appellants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Davis, and reported in *120 N. J Eq. 451.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, CASE, BODINE, HEHER, PERSKIE, HETFIELD, DEAR, WELLS. WOLFSKEIL, RAFFERTY, COLE, JJ. 13.

*For reversal*—None.